**Stanton Q. SHELTON, Appellant,**

v.

**Enrique Dos SANTOS; Veera Reddy; Max Teng, Appellees.**

No. 04–1600.

United States Court of Appeals, Eighth Circuit.

Submitted May 25, 2004.

Decided June 18, 2004.

Stanton Q. Shelton, Fulton, MO, pro se.

Matthew Barton Briesacher, Attorney General's Office, Jefferson City, MO, for Defendants–Appellees.

Before BYE, MCMILLIAN, and SMITH, Circuit Judges.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

PER CURIAM.

Stanton Q. Shelton, a Fulton State Hospital inmate, appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. We grant Shelton in forma pauperis status, and waive the appeal fees. We find no abuse of discretion in the district court's decision to abstain from considering Shelton's claims arising from the administration of antipsychotic medication. *See Night Clubs, Inc. v. City of Fort Smith, Ark.*, 163 F.3d 475, 479 (8th Cir.1998) (standard of review). As the district court noted, Shelton's mental-health treatment plan is subject to annual review by the state probate court, and if Shelton believes his court-appointed guardian is not acting in his best interests, he may file a motion in the state probate court for a hearing. *See* Mo.Rev.Stat. § 475.082 (2000). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.